# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **C.U. and A.R.** : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-4950** |
| : | |
| **CITY OF PHILADELPHIA DEPARTMENT** : | |
| **OF HUMAN SERVICES, et al.** : | |

## ORDER

This 3rd day of May, 2023, it is hereby **ORDERED** that the DHS Defendants' Motion to Dismiss (ECF 13) is **GRANTED** in part and **DENIED** in part, as follows. Plaintiff's *Monell* claim based on the theory that the City followed a constitutionally deficient policy is **DISMISSED** without prejudice. Plaintiffs are granted leave to amend within 20 days. In all other respects Defendants' Motion is **DENIED**.

It is further **ORDERED** that the DHS Defendants' Motion to Dismiss (ECF 18) the CHOP Defendants' crossclaim asserting contribution and indemnity is **GRANTED,** and the crossclaim is **DISMISSED** without prejudice. The CHOP Defendants are granted leave to amend within 20 days.

    /s/ Gerald Austin McHugh
United States District Judge